ELSIE M. KINNERE *v.* GARRY H. MYERS ET AL.

The motion by the defendants and third-party plaintiffs to dismiss the appeal of the plaintiff and the third-party defendant, Raymond J. Kinnere, from the Court of Common Pleas in Fairfield County is granted.

*Edgar W. Bassick III,* for the appellees (defendants and third-party plaintiffs).

*Sidney Vogel,* for the appellant (plaintiff) and for the third-party defendant (Raymond J. Kinnere).

Argued December 4—decided December 4, 1973

CHARLES L. MILTON *v.* HELENE A. MILTON

Without prejudice to a hearing on the merits of the pending divorce action, the defendant's motion to set aside the judgment of the trial court dated June 28, 1973, in the appeal from the Superior Court in Hartford County is granted unless the plaintiff files his counter finding on or before January 4, 1974.

*Charles E. Moller, Jr.,* and *John L. Giulietti,* for the appellant (defendant).

*Lester S. Fleish,* for the appellee (plaintiff).